# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-20709
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 10, 2016

Lyle W. Cayce
Clerk

ELIZABETH CALLAN,

> Plaintiff - Appellant

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS, As Trustee for the Certificateholders of Dover Mortgage Capital 2005-a Corporation, Grantor Trust Certificate, Series 2005-A,

> Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-247

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:*

Elizabeth Callan appeals the district court's denial of her motion to alter or amend a judgment under Rule 59(e). The challenged order of March 21, 2015 declared only that Deutsche Bank's lien and power of sale over Callan's residential property were not barred by the statute of limitations. Both parties

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20709

now agree that the same lien was released and discharged by the mortgage servicer on November 26, 2014. Because the lien that was the subject of the challenged order no longer exists, neither party has a "personal stake in the outcome" of any additional litigation on this issue. *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 478 (1990). We find no case or controversy to address, so this appeal is DISMISSED as moot.

2